RUBEN FEBO JR # BEM444
SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA. 94568

PLAINTIFF, PRO SE,

FILED
OCT - 4 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FEBO SR., <br> PLAINTIFF, <br> V. <br> ALAMEDA COUNTY SHERIFF'S DEPT., ET AL., <br> DEFENDANTS, | CASE NO. CV 18 5658 SVK <br><br> DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR ENTRY OF DISMISSAL OF ACTION. <br> (FED.R.CIV.P.41(a)(1)(A)(i)) |

STATE OF CALIFORNIA ) ss
COUNTY OF ALAMEDA )

I, RUBEN FEBO JR # BEM444, DULY SWORN, STATE THE FOLLOWING TO THE BEST OF MY BELIEF AND KNOWLEDGE:

(1) I AM OVER THE AGE OF EIGHTEEN, AND HAVE PERSONAL KNOWLEDGE OF THE MATTERS STATED HEREIN, AND THAT I HAVE PERSONALLY CONSTRUCTED THIS DECLARATION IN SUPPORT OF THE ATTACHED NOTICE OF MOTION AND MOTION;

(2) I, RUBEN FEBO JR. # BEM444, AM THE PLAINTIFF IN THE ABOVE ACTION;

(3) ALL THAT WHICH HAS BEEN STATED IN PLAINTIFF'S NOTICE OF MOTION AND MOTION IS TRUE AND ACCURATE TO THE BEST OF PLAINTIFF'S ABILITY AND KNOWLEDGE.

(4) PLAINTIFF MAILED OUT HIS SECTION (1983) COMPLAINT ON AUGUST 28TH 2018 FROM ALAMEDA COUNTY JAIL.

(5) PLAINTIFF RECEIVED A RETURN OF HIS COMPLAINT FROM

1. THE U.S. POSTAL SERVICE, DAMAGED AND MISSING A TOTAL OF 61-SIXTY ONE- DOCUMENTS.

2. (6) THE U.S. POSTAL SERVICE WAS NEGLIGENT IN THE WAY THEY HANDLED PLAINTIFF'S LEGAL MAIL AND HAS ACTED NEGLIGENTLY IN THEIR CUSTOMER SERVICE PROCEDURES AFTER THE FACT.

3. (7) THIS DISCREPANCY HAS LED TO PLAINTIFF BEING SERVED WITH A (28)- TWENTY EIGHT- DAY DISMISSAL NOTICE FROM THE U.S. DISTRICT COURT CLERK, PROMPTING PLAINTIFF TO FILE A MOTION TO VOLUNTARILY DISMISS HIS ACTION INORDER TO RECREATE HIS ACTION AND RE-FILE WITHIN THE PROPER APPLICABLE LIMITATION PERIOD.

4. (8) ALL PARTIES NAMED IN THE COMPLAINT HAVE NOT BEEN SERVED AT THIS TIME. THERE SHOULD EXIST NO REASON PLAINTIFF'S REQUEST OF WITHDRAWL SHOULD BE OBJECTED TOO.

5. (9) ALL ATTACHED EXHIBITS - A TOTAL OF 5 PAGES - ARE IN SUPPORT OF THE FACTS STATED IN THE NOTICE OF MOTION AND MOTION AND HAVE NOT BEEN ALTERED IN ANY WAY. ATTACHED EXHIBITS ARE AS FOLLOWS: ("EXHIBIT S4") POSTAL SERVICE MEMORANDUM TO PLAINTIFF; ("EXHIBIT T4 (a),(b)") PHOTO COPY OF ORIGINAL MANILLA ENVELOPE WITH 40-FORTY- STAMP POSTAGE; ("EXHIBIT U4") LEGAL RESEARCH ASSOCIATES MEMORANDUM TO PLAINTIFF; ("EXHIBIT V4") PLAINTIFF'S GRIEVANCE FORM SUBMITTED ON SEPTEMBER 12TH 2018 REGARDING MATTERS ADDRESSED IN MOTION.

6. (10) I DECLARE THE ABOVE IS TRUE AND CORRECT, UNDER THE PENALTY OF PERJURY.

DATED THIS 27TH DAY OF SEPTEMBER, 2018.

*Ruben Febo Jr.*
RUBEN FEBO JR. -#BEM444

**EXHIBIT S4**


UNITED STATES POSTAL SERVICE

Dear Postal Customer:

We sincerely regret the damage to your mail during handling in the Postal Service. Please fill out the attached Postal Service Form 3760 and mail it to the address Indicated on the form.

No loose items from the mail are kept at the San Francisco NDC as all items are sent To the Mail Recovery Center as soon as possible. PS Form 3760 helps us to identify And recover the lost items.  Every effort is made to recover the missing items.

Again, please accept our apologies.  We regret any inconvenience this matter may have caused you.

Loos in the Mail Unit
San Francisco Network Distribution Center

EXHIBIT 24

From:
RUBEN FEBO JR.
PFN# BEM444
5325 BRODER BLVD.
DUBLIN, CA.
94568

8/29

COPY  
I-MM

TO TAMPER WITH THIS ENVELOPE IN ANY WAY IS TO VIOLATE FEDERAL LAW * TOTAL OF 465 DOCUMENTS ENCLOSED.

1 OF 2

TO: U.S. DISTRIC[T]
CLERK'S O[FFICE]
450 GOLD[EN GATE]
SAN FRAN[CISCO]



"EXHIBIT T4(b)"



8/29

S. DISTRICT COURTHOUSE
LERK'S OFFICE
50 GOLDEN GATE AVE. 16th Fl.
AN FRANCISCO, CA.
94102

## MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)

**Request # 18-2597**

RE: Postal service forms

The above requested item(s) exceeds the scope of LRA's agreement with your incarcerating facility and will not be provided.

"EXHIBIT V4"

# ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[ ] ADA RELATED

[X] Santa Rita Jail  [ ] Glenn E. Dyer Detention Facility

NAME: RUBEN, FEBO JR.   PFN: BEM444   DATE: 9-12-18   HU/FLOOR: 2F5

Only one grievance issue per form ---- (Subject to refusal if failure to comply) DATE GRIEVANCE OCCURRED 9-12-18

\* ATTENTION CAPT. E.E. CHRISTY OF THE A.C.S.O \*

**Grievance Details:**

1. TODAY I RECEIVED LEGAL MAIL AT MAIL CALL (APPROXIMATELY 4:40 P.M.). I DID
2. NOT REALIZE IT WAS LEGAL MAIL BECAUSE THE OFFICER SIMPLY HANDED ME A STACK OF MAIL
3. AND DID NOT REQUEST A SIGNATURE AND DATE NOR DID HE REQUEST FOR THE ENVELOPE TO BE
4. RETURNED. I OPENED THE ENVELOPE BUT NOTICED IT HAD BEEN OPENED ALREADY AND WAS RE-
5. SEALED BY SCOTCH TAPE, I ALSO NOTICED THAT THERE WAS NO POST MARK DATE ON THE ENVELOPE
6. NOR NO RETURN TO SENDER SIGN. INSIDE THE ENVELOPE WAS DAMAGED LEGAL DOCUMENTS THAT
7. I HAD MAILED OUT TO THE U.S. DISTRICT COURT IN SAN FRANCISCO CALIFORNIA ON 8-28-18
8. IN A MANILLA ENVELOPE W/ 40 STAMPS AS POSTAGE AND THIS MAIL WAS HANDED TO MR.
9. SILL (DEPUTY) WHOM SECURED THE PACKAGE THOROUGHLY. I NOTICED THAT MANY DOCUMENTS
10. WERE MISSING, APPROXIMATELY 80 DOCUMENTS, INSIDE WAS A NOTE FROM THE SAN FRANCISCO
11. NDC STATING THEY WERE SORRY TO INFORM ME THAT MY PACKAGE HAD BEEN DESTROYED AND
12. THAT I WAS TO FILL OUT THE ENCLOSED POSTAL SERVICE FORM 3760 - WHICH WAS NOT
13. ENCLOSED. INSIDE WAS ALSO A BLANK CERTIFIED MAIL SLIP. THE DOCUMENTS WERE COMPLETELY
14. OUT OF ORDER AND SOME WRINKLED UP AND SOME LOOK AS IF THEY WERE ACTUALLY
15. STEPPED ON. THIS MAIL LOOKS AS IF IT WAS PURPOSELY DESTROYED. THE PACKAGE COULD
16. NOT HAVE ACCIDENTALLY OPENED AS I WATCHED MR. SILL SECURE IT. I SUSPECT FOUL PLAY
17. AND I AM CALLING ON AUTHORITIES TO INVESTIGATE THIS PLEASE. I WAS NOT REFUNDED
18. MY POSTAGE, I WAS NOT PROVIDED A TRACKING NUMBER FROM THE POST OFFICE, SEVERAL
19. DOCUMENTS WERE MISSING AND DEPUTIES/OFFICIALS FAILED TO FOLLOW PROCEDURES REGARDING
20. LEGAL MAIL, SO TO ENSURE THAT I AM NOT VIOLATED IN ANY WAY - AS I AM GUARENTEED THE
21. INMATE SIGNATURE: I DO NOT CONSENT    RIGHT TO ACCESS THE COURTS PER THE U.S. CONSTITUTION FREE OF HINDERANCE -

By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPAA rights. If you disagree with this, you must indicate so in your grievance.

THANK YOU

\*\*\*DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY\*\*\*
\*\*\*DO NOT WRITE BELOW THIS LINE\*\*\*

Received by Deputy: M. TILLEY   Badge# 2162   Date: 09-13-18

[ ] Resolved at Deputy Level           Inmate Acceptance (*Signature*): _____
[X] Cannot be resolved at Deputy Level  Grievance Tracking Number: 18-2251

The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.

Copies: White-Staff
Pink-Inmate

ML-51 (rev 10/17)